IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:08CV442-T-02
(1:05CR31-2-T)

| | |
|---|---|
| **MARTINEOUS LEON HOPPER,** ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> **UNITED STATES OF AMERICA,** ) <br> ) <br> Respondent. ) <br> _____ ) | **J U D G M E N T** |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **ALLOWED**, and the Petitioner's 262-month sentence is **VACATED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioner's conviction will remain undisturbed and he will remain in the custody of the Bureau of Prisons pending his resentencing.

The Court will schedule the Petitioner's resentencing hearing by separate order.

Signed: May 27, 2009

Lacy H. Thornburg
United States District Judge